No. 96–1804. HWANG v. HARRIS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–1805. DOE ET AL. v. SUNDQUIST, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1806. MARYLAND PSYCHIATRIC SOCIETY, INC. v. WASSERMAN, SECRETARY, MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1809. REINERT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–1813. IBP, INC., ET AL. v. WILSON. Sup. Ct. Iowa. Certiorari denied.

No. 96–1815. VOLLERT v. CITY OF HOUSTON. C. A. 5th Cir. Certiorari denied.

No. 96–1816. PRODELL ET AL. v. NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 96–1818. FEDERAL ELECTION COMMISSION v. MAINE RIGHT TO LIFE COMMITTEE, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1819. DOE v. MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–1820. GOLD, CHAPTER 7 TRUSTEE FOR DETRICK, ET AL. v. PANALPINA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1821. BROWN ET UX. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 96–1822. ROSANO v. ADELPHI UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1826. HALASH v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.